# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

ABDEL HAMEED SHEHADEH, also known as
"Abul-Qasim," "Abul-Qasim Ibn Abu Muhammad,"
"Sunnah101" and "Abu Baheera,"

DEFENDANT.

**WARRANT FOR ARREST**

CASE NUMBER:

TO: FBI Special Agent Farbod Azad , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest ABDEL HAMEED SHEHADEH
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [✓] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Making materially false statements in a matter involving international and domestic terrorism

In violation of Title 18 United States Code, Section(s) 1001(a)(2)

Honorable Viktor V. Pohorelsky | Magistrate Judge, E.D.N.Y.
Name of | Title of Issuing Officer

October 21, 2010, Brooklyn, N.Y.

Signature of Issuing Officer | Date and Location
Bail fixed at $ _____ | By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HAWAII |

| DATE RECEIVED October 21, 2010 | NAME AND TITLE OF ARRESTING OFFICER SPECIAL AGENT RUSS K MOCHIZUKI FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST October 22, 2010 | | |